| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-80-TAV-DCP |
| | ) | |
| JUSTIN MICHAEL MAXWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Justin Maxwell's Unopposed Motion to Continue Deadlines and Trial Date [Doc. 14], filed on July 20, 2026.

Defendant asks to continue the August 25, 2026 trial date sixty days and to extend the pretrial motion deadline and plea deadline, which both fall on June 24, 2026 [*Id.* ¶¶ 1, 6]. As grounds, Defendant states defense counsel needs more time to review discovery at the FBI office [*Id*. ¶ 2]. Defendant also requests additional time for the parties to engage in plea negotiations and to prepare for trial [*Id*. ¶ 3]. Defendant understands that the time between the filing of his motion and the new trial date is fully excludable [*Id*. ¶ 5]. The motion relates that the Government does not oppose the requested continuance [*Id.* ¶ 6].

Based upon the information in Defendant's motion, which the Government does not oppose, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a

miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to review, discuss, and evaluate the discovery in this case and, if deemed necessary, to file pretrial motions. *See id.* § 3161(h)(7)(B)(iv). Also, defense counsel requires additional time to explore a negotiated resolution and to prepare the case for trial. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the August 25, 2026 trial date.

The Court therefore **GRANTS** Defendant's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 14**]. The trial of this case is reset to **November 17, 2026**. A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on July 20, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Maxwell's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 14**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **November 17, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **July 20, 2026**, and the new trial date of **November 17, 2026**, is fully excludable under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **August 14, 2026**, and responses to pretrial motions are due on or before **August 28, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **October 16, 2026**;

2

(6) the deadline for filing motions *in limine* is **November 2, 2026**, and responses to motions *in limine* are due on or before **November 10, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **November 3, 2026, at 2:00 p.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **November 6, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3